**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN CLEMENTE-ALONSO and CECILIA SAGUILLAN-MARROQUIN, | No. 10-71079 |
| Petitioners, | Agency Nos.   A095-198-840<br>A095-198-841 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 17, 2012[**]

Before:    SCHROEDER, THOMAS and SILVERMAN, Circuit Judges.

Juan Clemente-Alonso and Cecilia Saguillan-Marroquin, husband and wife

and natives and citizens of Mexico, petition for review of a Board of Immigration

Appeals order denying their motion to reopen removal proceedings.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the Board's denial of petitioners' motion to reopen based on further evidence of hardship. *See Fernandez v. Gonzales*, 439 F.3d 592, 600 (9th Cir. 2006) (explaining that § 1252(a)(2)(B)(i) bars jurisdiction when question presented in motion to reopen is essentially the same hardship ground originally decided); 8 C.F.R. § 1003.2(c)(1) (explaining that motion to reopen shall not be granted unless evidence is material and was not available or discoverable at the hearing).

**PETITION FOR REVIEW DISMISSED.**

10-71079